FILED
CLERK, U.S. DISTRICT COURT

DEC 2 6 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. WILLIAMS, | No. CV 07-6092 JST (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| DOMINGO URIBE, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 12·26·2011

JOSEPHINE STATON TUCKER
United States District Judge